170 A.3d 331

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MANUEL ROSA, A/K/A MANUEL APONTE,
DEFENDANT–PETITIONER,

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005350–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 331

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ROBERT ANDREWS, DEFENDANT–MOVANT.

September 11, 2017

ORDER

It is ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division, to consider on the merits.